# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 30, 2025

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

> The parties' requests at ECF No. 16 are **GRANTED**. On or before **March 3, 2025**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden. All pending deadlines are **CANCELLED**.
>
> The Clerk of Court is respectfully directed to close ECF No. 16.
>
> SO ORDERED.   January 31, 2025
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**Re:   <u>Valencia v. W. W. Grainger, Inc., Case No. 1:24-cv-06572-JHR-SLC</u>**

Your Honor:

We represent Defendant W.W. Grainger, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with consent of counsel for Plaintiff Justin Valencia ("Plaintiff") to inform the Court that the parties have reached an agreement in principle to resolve this matter. Accordingly, Defendant respectfully requests that the Court stay all deadlines in this matter for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court. This is Defendant's first request for a stay pending submission of a stipulation of dismissal. As noted above, Plaintiff's counsel consents to this request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                                   F +1.212.309.6001